# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SERILYN KRASH,**                         :

    **Plaintiff**                          :    **CIVIL ACTION NO. 3:16-0093**

    **v.**                                 :

                                              **(JUDGE MANNION)**

**RELIANCE STANDARD LIFE**                 :
**INSURANCE COMPANY,**
                                                          :

    **Defendant**
                                                          :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the plaintiff's motion for summary judgment, **(Doc. 14)**, is **DENIED**;

**(2)**   the defendant's motion for summary judgment, **(Doc. 17)**, is **GRANTED**; and

**(3)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

                                                          s/ *Malachy E. Mannion*
                                                          **MALACHY E. MANNION**
                                                          **United States District Judge**

**Date:  March 30, 2017**